**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: A.G., A MINOR | : | No. 337 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: R.M., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: A.M.G., A MINOR | : | No. 338 EAL 2022 |
| | : | |
| | : | |
| | : | |
| PETITION OF: R.M., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.